IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff/Respondent,<br><br>  v.<br><br>BERNEST COLLINS,<br><br>  Defendant/Petitioner.<br>_____/ | No. CR 84-00104-1 SI<br>No. C 97-1854 SI<br><br>**ORDER DENYING REQUEST FOR APPOINTMENT OF COUNSEL AS MOOT** |

The Court denied Bernest Collins's Rule 35 motion on June 23, 2011. Doc. 400. On June 30, 2011, the Court received and docketed a request dated June 20, 2011 for appointment of counsel in relation to the Rule 35 motion. *See* Doc. 401. The request is DENIED AS MOOT.

**IT IS SO ORDERED.**

Dated: July 18, 2011

SUSAN ILLSTON
United States District Judge